# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER
- [ ] FEPA
- [ ] EEOC     05- 789

Delaware Department of Labor  and EEOC
*(State, or local Agency, if any)*

| | |
|---|---|
| **NAME** (Indicate Mr., Mrs., Ms) Colleen M. Haywood | **HOME TELEPHONE NO.** (Include Area Code) (610) 429-8011 |
| **STREET ADDRESS** 198 Mansion House Drive | **CITY, STATE AND ZIP CODE** West Chester PA 19382  **COUNTY** Chester |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below.)*

| | | |
|---|---|---|
| **NAME** ING Direct | **NO. OF EMPLOYEES OR MEMBERS** 500+ | **TELEPHONE NUMBER** (Incl. Area Code) 302-255-6500 |
| **STREET ADDRESS** 1 S. Orange St. | **CITY, STATE AND ZIP CODE** Wilmington, 19801 | |

- [ ] RACE  [ ] COLOR  [x] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE
- [x] RETALIATION  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 5/8/00
LATEST 5/22/2003
- [ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I. I am a female who began working for the Respondent on May 8, 2000 most recently as an Internal Auditor, grade III. From about the beginning of my employment, I was subjected to disparate treatment, harassment and exclusion from business and social events by Jim Kelly (male), EVP of Sales, Hudson White (male), CFO, Mark Gibbons (male), Head of Risk Management and John O'Keefe (male), Building Owner Representative. On 12/1/00, I complained to Human Resources about the harassment from Mr. Kelly and Mr. O'Keefe. Human Resources conducted an investigation and as result my whole team was moved to work under Mr. White, CFO. On or about 12/13/00, we began working under Mr. White but gradually he stripped me of my responsibilities. In addition, he favored the male employee and never supported me in my work. Specifically, Mr. White made me change the performance reviews of some of my employees so that they would be reviewed more favorably. These employees included two females who were having relations with Executives and even though they were females they were treated more favorably than I. In February of 2002, I was transferred to the Audit Department as a manager working under Mr. Gibbons. Mr. Gibbons constantly excluded me from meetings and social outings, favoring the male employees, specifically John Stipo (male), Internal Auditor, grade 2. On one occasion, Mr. Gibbons took my audit report and gave it to Mr. Stipo to send out under his authorship. Beginning about March 2003, Respondent went through a grading system revamp. Even though Mr. Stipo was in a non-management position, he was graded at a higher level than I, thereby giving him a higher bonus potential. On 5/12/03, I sent a memo to Arkadi Kuhlmann (male), CEO to request and schedule a meeting in order to discuss the grading disparity. The meeting was canceled by John Bone, Chief of Staff and he informed me that we should handle the situation at a lower level. On 5/22/03, I was terminated.

II. Rob Middletown, Head of Internal Audit informed me that Mr. Gibbons made the grading decision. Respondent stated that my perceived expectations of my value to the company was out of line with theirs.

III. I believe that I have been discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and the Delaware Discrimination in Employment Act based on my sex (female) when a male associate was promoted over me and shown preferential treatment. In addition, I was subjected to a hostile working environment regarding my gender because I worked in an all-male department and a male dominated company who disregarded the doctrines of equal opportunity.

[x] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary to meet State and Local Requirements)

## CONTINUATION OF AFFIDAVIT

1. **COVERAGE/RESPONDENT'S BUSINESS:**
   Respondent is a bank who employs over 500 individuals within the state of Delaware.

2. **RELEVANT WORK HISTORY:**
   I am a female who began working for the Respondent on May 8, 2000 most recently as an Internal Auditor III. From about the beginning of my employment, I was subjected to disparate treatment and harassment by Jim Kelly (male), EVP of Sales, Hudson White (male), CFO, Mark Gibbons (male), Head of Risk Management and John O'Keefe (male), Building Owner Representative. On 12/1/00, I complained to Human Resources about the harassment from Mr. Kelly and Mr. O'Keefe. Human Resources conducted an investigation and as result my whole team was moved to work unde Mr. White, CFO. On or about 12/13/00, we began working under Mr. White but gradually he stripped me of my responsibilities. In addition, he favored the male employee and never supported me in my work. Specifically, Mr. White made me change the performance reviews of some of my employees so that they would be reviewed more favorably. These employees included two females who were having relations with Executives and even though they were females they were treated more favorably than I. In February of 2002, I was transferred to the Audit Department as a grade-3 manager working under Mr. Gibbons. Mr. Gibbons constantly excluded me from meetings and social outings, favoring the male employees, specifically John Stipo (male), Internal Auditor I. On one occasion, Mr. Gibbons took my audit report and gave it to Mr. Stipo to send out under his authorship. Beginning about March 2003, Respondent went througl a grading system revamp. Even though Mr. Stipo was in a non-management position, he was graded at a higher level than I, thereby giving him a higher bonus potential. On May 12, 2003, I sent a memo to Arkadi Kuhlman (male), CEO to request and schedule a meeting in order to discuss the grading disparity. The meeting was canceled by John Bone, Chief of Staff and he informed me that we should handle the situation at a lower level. On 5/22/03, I was terminated.

3. **PERSONAL HARM:**
   I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended and the Delaware Discrimination in Employment Act based on my sex (female) when a male associate was promoted over me and shown preferential treatment. In addition, I was subjected to a hostile working environment regarding my gende because I worked in an all-male department and a male dominated company who actively disregarded the doctrines of equal opportunity.

4. **RESPONDENT'S EXPLANATION FOR THE ALLEGED HARM AND ITS POLICIES AND PRACTICES:**
   Rob Middletown, Head of Internal Audit informed me that Mr. Gibbons made the grading decision. Respondent stated that my perceived expectations of my value to the company was out of line with theirs and therefore, I was terminated.

5. **DIRECT EVIDENCE:**
   See attached.

6. **WITNESSES:**
   See attached list.

7. **COMPARATIVE DATA:**
   John Stipo, Internal Auditor was given a promotion while I was demoted. In addition, he received preferential treatment by my supervisor.

8. **CLASS HARM:**
   N/A

9. **REMEDY/RELIEF SOUGHT:**
   other damages

---

**DATE AND INITIAL**

PAGE #

# EEOC AFFIDAVIT

| Charge #: | Date: 6/4/03 |
|---|---|

## Charging Party Information

Name: Colleen M. Haywood

| Street: 198 Mansion House Drive | City: West Chester |
|---|---|
| County: Chester    State: PA | Zip: 19382 |
| Tel (H): (610)429-8011 | Tel (W): |
| DOB:    Sex: Female | Race: White |
| Nat'l Origin: U.S. | SSN: |

## Contact Person

Name:
Tel (H):                                    Tel (W):
Address:

## Employment Information

Date of Hire: 5/8/00
Date of Termination: 5/22/03
Date of Alleged Violation: 5/22/03
Relief Sought: other damages
Check One: ☐ working   ☒ not working   ☐ sought employment at

## Respondent Information

Name: ING Direct
Address: 1 S. Orange St. Wilmington, 19801
Type of Business: Bank
Size of Business: 500+

## Basic Charge Data

| Receiving Office: 17C | Intake Unit: 1 |
|---|---|
| Accountable Office: 17C | Intake Officer: anc |
| Initial Inquiry: 5/23/03 | Respondent Type: E |
| Received this Office: 6/4/03 | County: 003 |
| Source of Complaint: A | SMSA: 9160 |
| Federal Referral Transfer: | SIC: 603 |
| Alleged Basis: GF, OR | Federal Agency: |
| | Alleged Issues: D1, D2 |