**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT**

Ms. Colleen M. Haywood   State Case No.: 03061120
198 Mansion House Drive
West Chester, PA 19382

05- 789

vs.

ING Direct
c/o Sheldon N. Sandler, Esquire
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
Wilmington, DE 19899-0391

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with your investigator. Please be prepared to appear for conciliation on the following date and time _Wednesday, January 12, 2005 @ 9am_ at the location of 4425 North Market Street Wilmington, DE 19802, 3rd floor.

Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:
Evidence in the form of witness statements corroborated Charging Party's allegations of retaliation. Charging Party's allegations of sex discrimination however, were not supported by witness statements or documentation.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. See the attached Notice of Rights.

12/20/04                                       Julie K. Cutler
Date issued                                    Julie K. Cutler, Administrator

_____           _____
Date conciliation completed            Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12RC : 10/04