AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05 - 789__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

__NOV 1 5 2005__   _(signature)_
(Date forms issued)   (Signature of Party or their Representative)

__Colleen Haywood__
(Printed name of Party of their Representative)

Note: Completed receipt will be filed in the Civil Action