IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLEEN MARIE HAYWOOD | : | |
| v. | : | C.A. No. 05-789 (KAJ) |
| ING DIRECT | : | |

### DEFENDANT'S MOTION TO DISMISS
### FOR FAILURE TO SERVE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 4(m) and 12(b)(2) and (5), Defendant moves to dismiss the Complaint. Defendant incorporates herein the accompanying Brief in Support of its Motion. For any and all of the reasons presented therein, the Court should grant Defendant's Motion and dismiss the Complaint.

Respectfully submitted,

_/s/_____
KLETT ROONEY LIEBER & SCHORLING
James J. Sullivan, Jr. (Id. No. 2266)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200

Attorney for Defendant,
ING Direct

March 29, 2006