IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COLLEEN MARIE HAYWOOD        :

      v.                                              :        C.A. No. 05-789 (KAJ)

ING DIRECT                                 :

## ORDER

**AND NOW,** this _____ day of _____, 2006, upon consideration of Defendant's Motion to Dismiss and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

                                BY THE COURT:

                                _____
                                                  J.