## CERTIFICATE OF SERVICE

I, James J. Sullivan, Jr., do hereby certify that a true and correct copy of the foregoing **Defendant's Brief in Support of its Motion to Dismiss for Failure to Serve Complaint** was served this 29th day of March, 2006 in the manner indicated upon the following:

### By First Class Mail

Colleen Marie Haywood
198 Mansion House Drive
West Chester, PA 19302

_____
James J. Sullivan, Jr. Esquire (#2266)

March 29, 2006

KRLSWLM: 65585