IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLEEN MARIE HAYWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-789-KAJ |
| | ) | |
| ING DIRECT, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this 20th day of June, 2006, plaintiff having failed to inform the Court of her intention to pursue this litigation as directed in the Court's order issued on May 9, 2006 (D.I. 4);

IT IS ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE